## EFRAIN HERNANDEZ *v.* COMMISSIONER OF CORRECTION

The petitioner Efrain Hernandez' petition for certification for appeal from the Appellate Court, 105 Conn. App. 902 (AC 28056), is denied.

*Christopher M. Neary*, special public defender, in support of the petition.

*Bruce R. Lockwood*, assistant state's attorney, in opposition.

Decided March 11, 2008

## MIGUEL BELTRAN *v.* COMMISSIONER OF CORRECTION

The petitioner Miguel Beltran's petition for certification for appeal from the Appellate Court, 105 Conn. App. 901 (AC 28331), is denied.

*Rosemarie T. Weber*, special public defender, in support of the petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided March 11, 2008

## STATE OF CONNECTICUT *v.* JOSE AYUSO

The defendant's petition for certification for appeal from the Appellate Court, 105 Conn. App. 305 (AC 26360), is denied.

*Stephanie L. Evans*, special public defender, in support of the petition.

*Harry D. Weller*, senior assistant state's attorney, in opposition.

Decided March 18, 2008